FILED IN OPEN COURT
U.S.D.C. Atlanta

⬿ AO 94  (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

AUG 1 4 2014

James N. Hatten, Clerk
By: Deputy Clerk

NORTHERN _____   District of   _____ GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>JAMES EKEKE | **COMMITMENT TO ANOTHER DISTRICT** |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 1:14-MJ-0776 | 14-113M |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment     ☐ Information     X Complaint     ☐ Other (specify)

charging a violation of          18          U.S.C. §  286

**DISTRICT OF OFFENSE**
District of Delaware

**DESCRIPTION OF CHARGES:**

False Claims Conspiracy

**CURRENT BOND STATUS:**

☐ Bail fixed at                              and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**     ☐ Retained Own Counsel     X Federal Defender Organization     ☐ CJA Attorney     ☐ None

**Interpreter Required?**     X No     ☐ Yes          Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

    You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_____8/14/14_____                    _____E. Crawford_____
Date                                                 Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |